IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MELINDA HO,

        Plaintiff,

vs.                              Case No. 08-1282-JTM

MICHELIN NORTH AMERICA, INC.,

        Defendant.

MEMORANDUM AND ORDER

Plaintiff Melinda Ho has raised product liability claims of the plaintiff, including those of strict liability based upon failure to warn, design defect, manufacturing defect, breach of warranty, and negligence. On July 29, 2011, the court granted defendant Michelin North America's Motion for Summary Judgment (Dkt. 135) which was explicitly directed at all claims of the plaintiff. (Dkt. 135, at 2).

In light of the court's Order, the court hereby modifies the Fifth Revised Scheduling Order (Dkt. 133), canceling all scheduled events created under that Order. The court denies as moot defendant's Motions to Exclude (Dkt. 169, 171) and Motion in Limine (Dkt. 197), as well as plaintiff's Motion for Hearing (Dkt. 154); Motions in Limine (Dkt. 184, 185, 186).

IT IS SO ORDERED this 1st day of August, 2011.

                                          s/ J. Thomas Marten
                                          J. THOMAS MARTEN, JUDGE